UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-62228-ALTMAN/Hunt

**MANUEL FERNANDEZ**,
*on behalf of himself and others
similarly situated*,

    *Plaintiff*,

v.

**RB & DC SOLUTIONS, LLC**, *et al.*,

    *Defendants*.
_____/

## ORDER REQUIRING SCHEDULING REPORT
## AND CERTIFICATES OF INTERESTED PARTIES

    The parties are directed to prepare and file a joint scheduling report, as required by Local Rule 16.1, by **January 13, 2023**. In addition, by **January 13, 2023**, the parties, including governmental parties, must file certificates of interested parties and corporate disclosure statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the certificates.

    **DONE AND ORDERED** in the Southern District of Florida on January 3, 2023.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record