UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:22-cv-62228-RKA

Manuel Fernandez
and other similarly situated
individuals,

    Plaintiff(s),

v.

RB & DC Solutions, LLC,
Raydel Ballester and
Daniely Carvajal, indiviudally

    Defendant,
_____/

## NOTICE OF SETTLEMENT

Plaintiff Manuel Fernandez has agreed to settle his claims against Defendant RB & DC Solutions, LLC, Raydel Ballester and Daniely Carvajal. Pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F. 2d 1350 (11th Cir. 1982), claims for wages arising under the FLSA may be settled or compromised only with the approval of the Court or the Secretary of Labor. To this end, the parties are in the process of finalizing all the necessary settlement documentation.

Dated: January 27, 2023

Respectfully submitted,

BY: _s/Zandro E. Palma___
Zandro E. Palma Esq.
Florida Bar No.: 0024031
E-mail: zep@thepalmalawgroup.com
ZANDRO E. PALMA, P.A.
9100 S. Dadeland Blvd, Suite 1500,
Miami, Florida, 33156

Telephone: (305) 446-1500
Facsimile: (305) 446-1502

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated: January 27, 2023.

Respectfully submitted,

 /s/ Zandro E. Palma
ZANDRO E. PALMA, ESQ.

## SERVICE LIST
## CASE NO.: 22-cv-61430-RKA

Daniel R. Levine, Esq.
PADULA BENNARDO LEVINE, LLP
3837 NW Boca Raton Blvd., Suite 200
Boca Raton, FL 33431
E-Mail: DRL@PBL-Law.com
Telephone: (561) 544-8900
Facsimile: (561) 544-8999
*Counsel for Defendants*

Zandro E. Palma Esq.
ZANDRO E. PALMA, P.A.
9100 S. Dadeland Blvd. Suite 1500
Miami, FL 33156
Telephone: (305) 446-1500
Facsimile: (305) 446-1502
E-mail: zep@thepalmalawgroup.com
*Counsel for Plaintiff*